People v Miles (2024 NY Slip Op 05995)

People v Miles

2024 NY Slip Op 05995

Decided on November 27, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
CHERYL E. CHAMBERS
JANICE A. TAYLOR
DONNA-MARIE E. GOLIA, JJ.

2022-10466

[*1]The People of the State of New York, respondent,
v
Shabar Miles, appellant. Twyla Carter, New York, NY (Katheryne M. Martone of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Davis Cao of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from an order of the Supreme Court, Kings County (Joseph E. Gubbay, J.), entered December 9, 2022, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.
ORDERED that the order is affirmed, without costs or disbursements.
The defendant appeals from his designation as a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), contending only that the Supreme Court should not have assessed him 15 points under risk factor 11 of the risk assessment instrument for a history of drug abuse.
Contrary to the defendant's contention, the People established that he had a history of drug abuse by clear and convincing evidence, including his admissions in pre-sentence interviews in 2010 and 2016 that he used marijuana daily, his receipt of three disciplinary violations while incarcerated for violating urinalysis tests, his treatment for substance abuse while incarcerated, and his diagnosis of cannabis use disorder and phencyclidine use disorder (see People v Vasquez, 197 AD3d 1185, 1186; People v Yglesias, 180 AD3d 821, 822; People v Nieves, 179 AD3d 849).
Accordingly, the Supreme Court properly designated the defendant a level three sex offender.
LASALLE, P.J., CHAMBERS, TAYLOR and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court